UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 24-1362 JGB (KSx) | Date | December 11, 2025 |
|---|---|---|---|
| Title | *Arturro Jordan v. City of Hemet, et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:**   **Minute Order (1) DENYING AS MOOT Defendant's Motion for Review (Dkt. No. 53.); (2) DENYING AS MOOT Defendant's Ex Parte Application (Dkt. No. 60); and (3) VACATING the December 15, 2025 hearing (IN CHAMBERS)**

On November 17, 2025, defendant City of Hemet ("Defendant") filed a motion for review of Chief Magistrate Judge Stevensen's Discovery Order Dated November 3, 2025 re Order on Motion to Compel ("First Motion for Review," Dkt. No. 53.) However, Chief Magistrate Judge Stevensen issued an order on November 24, 2025 clarifying and reconsidering her order dated November 3, 2025. Accordingly, the Court **DENIES** the First Motion for Review **AS MOOT**. The Court **VACATES** the hearing set for December 15, 2025.

On December 8, 2025, Defendant filed an ex parte application to stay the enforcement of the Chief Magistrate Judge's November 24, 2025 Order on Plaintiff's Motion for Reconsideration. ("Ex Parte Application," Dkt. No. 60.) That same day, Defendant filed a motion for review under Fed. R. Civ. P. 72 of the Chief Magistrate Judge's November 24, 2025 Order on Plaintiff's Motion for Reconsideration. ("Second Motion for Review," Dkt. No. 61.) Defendant scheduled the hearing on the Second Motion for Review for January 26, 2026. (Id.) In the Ex Parte Application, Defendant seeks relief from the order requiring Defendant to produce responsive discovery and supplemental interrogatory responses by December 8, 2025 and to pay sanctions within 45 days, and from the threat of further sanctions for non-compliance. (Ex Parte App. at 1.) As to the claim for relief from producing discovery by December 8, 2025, that claim is now moot. As to the claim for relief from sanctions, Defendant raises that claim in the Second Motion for Review and so the Court will decide that claim according to the hearing schedule set by Defendant. Accordingly, the Court **DENIES** the Ex Parte Application. The

Court notes that, to the extent that Defendant raises inconsistencies and/or typographical errors in Chief Magistrate Judge Stevensen's order dated November 24, 2025, those concerns are properly raised before Judge Stevensen on a motion for clarification. (See Second Motion for Review at 10.)

    **IT IS SO ORDERED.**