JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURRO JORDAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF HEMET, a municipal corporation; JESSE ZUNIGA, an individual; and DOES 1 through 10, individuals, inclusive,<br><br>　　　　Defendants. | Case No. 5:24-cv-01362-JGB-KSx<br><br>[Hon. Jesus G. Bernal, D.J.;<br>Hon. Karen L. Stevenson , M.J.]<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO STAY**<br><br>Date:　June 1, 2026<br>Time:　9:00 a.m.<br>Crtrm:　1, 2nd Floor<br><br>*Filed concurrently with Notice of Motion and Motion to Stay; Memorandum of Points and Authorities; Kornblau Declaration* |

The unopposed Motion to Stay filed by Defendants CITY OF HEMET and JESSE ZUNIGA is hereby granted.

**IT IS HEREBY ORDERED**:

　　1.　The Court **STAYS** the case pending the resolution of Defendants' interlocutory appeal;

　　2.　All dates in this action are hereby **VACATED**;

///

///

---

**ORDER GRANTING DEFENDANTS' MOTION TO STAY**

3.     Counsels shall file a Quarterly Joint Status Report within 120 days from the date of this order, and every quarter thereafter, until the stay is lifted or by order of this Court.

**IT IS SO ORDERED**

Dated:   May 13, 2026

Jesus G. Bernal, U.S. District Court

**ORDER GRANTING DEFENDANTS' MOTION TO STAY**